UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 2:25-cr-114-KCD-NPM

ASIEL RODRIGUEZ

## PRELIMINARY ORDER OF FORFEITURE

The United States moves for a Preliminary Order of Forfeiture for a Charter Arms Corp. brand pistol.

Being fully advised of the relevant facts, the Court finds that the asset identified above was involved in or used in the offense charged in Count One of the Indictment, for which the defendant was found guilty.

The United States' motion is **GRANTED**. Under 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the asset identified above is **FORFEITED** to the United States for disposition according to law. This order shall become a final order of forfeiture as to the defendant at the time it is entered.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings and to enter any further order necessary for the forfeiture and disposition of such property.

**ORDERED** in Fort Myers, Florida, on March 13, 2026.

_____
KYLE C. DUDEK
UNITED STATES DISTRICT JUDGE